

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                                                          Chapter 13

Nikita Vidal Mackey                                                                 CASE NO: 13-31830
                                                                                                     Related Docket #: 96
SSN#: XXX-XX-3925

**ORDER**

ON 04/26/2017, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

Nikita Vidal Mackey Present

**AND, THIS COURT FINDS** that:

Plan payments are in substantial default.

Debtor can resume payments May 2017.

**IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to **$2,180.00** per month.

Plan composition percentage is set at **3%**.

Case subject to dismissal without further notice upon payment default for 6 months.

Motion to Dismiss is denied.

This Order has been signed electronically,                    Laura T. Beyer
pursuant to administrative order of the Court.                UNITED STATES BANKRUPTCY COURT JUDGE
Effective as of date of entry.

{:20170427120349:}